Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

Eastern Division



Jerry W. Tomlinson jr.

)
)
)
)

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Homeland Security Investigation (HSI)
Mark Porter, Adam Butschek

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 2:25 CV 1377
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* [ ] Yes [✓] No

JUDGE MORRISON

MAGISTRATE JUDGE JOLSON

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Homeland Security Investigations (HSI) |
   | Street Address | 1970 West Broad Street Columbus, Ohio 43223. |
   | City and County | Columbus, Franklin |
   | State and Zip Code | Ohio 43223 |
   | Telephone Number | 614-387-6171 |
   | E-mail Address | homelandsec@dps.ohio.gov |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Homeland Security Investigations - Mark Porter |
| Job or Title *(if known)* | Executive Director |
| Street Address | 1970 West Broad Street |
| City and County | Columbus, Franklin |
| State and Zip Code | Ohio 43223 |
| Telephone Number | 614-387-6171 |
| E-mail Address *(if known)* | homelandsec@dps.ohio.gov. |

Defendant No. 2

| | |
|---|---|
| Name | Delaware County Sheriff's Dept.- Jeffrey Balzer |
| Job or Title *(if known)* | Commanding Deputy Chief |
| Street Address | 1776 State Route 521 |
| City and County | Delaware, Delaware |
| State and Zip Code | Ohio 43015 |
| Telephone Number | (740) 833-2810 |
| E-mail Address *(if known)* | sheriffinfo@co.delaware.oh.us |

Defendant No. 3

| | |
|---|---|
| Name | Franklin County Sheriff's Dept. - Micheal Flynn |
| Job or Title *(if known)* | Commanding Deputy Chief |
| Street Address | 373 S. High St., Floor 2B, Columbus, OH 43215 |
| City and County | Columbus, Franklin |
| State and Zip Code | Ohio 43223 |
| Telephone Number | (614) 645-4545, (614) 525-3360 |
| E-mail Address *(if known)* | dlbaldwin@franklincountyohio.gov |

Defendant No. 4

| | |
|---|---|
| Name | Union County Sheriff's Dept. - Jamie Patton |
| Job or Title *(if known)* | Commander Deputy Chief |
| Street Address | 221 W. Fifth Street Marysville, OH 43040. |
| City and County | Marysville, Union |
| State and Zip Code | Ohio 43040 |
| Telephone Number | (937) 645-4110 |
| E-mail Address *(if known)* | ucso@unioncountyohio.gov, jpatton@co.union.oh.us |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question       [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
ORC § 2913.04 (Unauthorized use of property) (A),(B),(C),(D),(F)(1)(2)(3),(d),(4)(d), (G)(1)(2)(3)(b),(4)(d),(H),(I), (2)(a)(b)(c), (3)(a)(b). ORC § 2913.05 (Telecommunications fraud)(A),(B)(2)(3), (D),(E)(1)(2), C.F.R. 18 U.S.C. § 3509: Child victims' and child witnesses' rights (a)(1)(2), (3)(5)(7)(8)(E), (11)(12), (1)(A)(B), (C)(A), (D)(iii)(iv), (B)(IV)(iv)(iii)(I), (V),(C),(B)(i),(D),(F), (c)(1)(2)(3)(4)(5)(B)(D)(7)(8)(9),(d)(1),(B)(i)(ii)(iii)(iiii)(2), (3)(A)(B),(4), (e),(f),(g)(1)(2), (H)(1)(2)(i),(j),(k)

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* Jerry W. Tomlinson jr., is a citizen of the State of *(name)* Ohio.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* Mark Porter, is a citizen of the State of *(name)* Ohio. Or is a citizen of *(foreign nation)* _____.

      b.    If the defendant is a corporation

          The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

          Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

   3.    The Amount in Controversy

      The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

      In a federal court, a judge makes a decision to order a convicted offender to pay restitution to victims to cover actual financial losses. The process is primarily governed by the mandatory Mandatory Victims Restitution Act (MVRA).

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Statement of Claims included

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

In federal courts, the standard of relief for victims of crime is established by the Crime Victims' Rights Act (CVRA), which includes the right to full and timely restitution for losses that are the direct result of the crime. This right is complemented by other rights such as being treated with fairness and respect, being heard at proceedings like sentencing, and receiving protection from the accused.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/17/2025

Signature of Plaintiff: *Jennifer Tomlinson*
Printed Name of Plaintiff: Jerry W. Tomlinson Jr.

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

STATEMENT OF CLAIMS

1.) In the Year 2000 a Violation of Civil Rights & Liberties took place to a Divorce case no. 99 DRA 11 – 451 (Exhibit A) in Delaware County between Jerry W. Tomlinson jr. and Julie L. Jordan of a marriage, due to a destruction of the family by Delaware County. The courts ask Plaintiff what he wanted to pay to ex-wife Julie L. Jordan in a Divorce hearing with Attorney Dave Gordon of Delaware County present witness to the case, this shows a fourteenth amendment violation of Civil Rights and Liberties. Along came a Detainment too Magistrate Thomas E. Louden dated stamp 6/03/2002 case No. 02050922 (Exhibit B) of Delaware County Juvenule Court, to a Misdemeanor charge to Non-Support order, this was the start to institute the Child Support Agency enforcements methods.

2.) The Year 2007 a violation of Child Support Payments became about due to the destruction of Job Loss like Stottlemyer Hydro mulching, Inc in 10/2001 (Exhibit C). Too harassment by Delaware County Child Support case no. 07CR-I-0122 (Exhibit D), Judge Duncan Whitney signing Delaware County and Sheriff Al Myers signed Document to accusation for a Felony in the Delaware Grand Jury becomes allegedly a wiping of the Record to the Judge Duncan Whitney show forth a corruption to the Judicial Systems in the Delaware County Courts, The Fifth Amendment protects citizens from being deprived of life, liberty, or property without due process of law, which includes the right to a fair trial. Prosecutors Dave Yost – Prosecutor (Exhibit E) & Carol O' Brien shows a signing by Prosecutors to Indictments as Impropriety's to office. To a fraudulent trial these actions of Delaware County and Union County became obvious to Plaintiff a fraud upon the court and Attorneys were processed to Organizational aspects to go against the Plaintiff with misleading statements by Plaintiff's Attorney, witnessed by ex-girlfriend allegedly a transaction between the two Counties became apparent an factual to the proof of Court dated Documents, an bank transactions.

3.) The Entity's involved show an enforcement to Pink Slipping Plaintiff in 2020, 2021. Due to investigating methods of happenings by Plaintiff becomes closer to finding the truths and facts of Death of Michelle L. Walker in 2013 (Exhibit F), the Investigation of Homeland Security Offices in Nov. 2016 - Nov. 2019, witnessed by ex - fiancé the verbal statements made clearly communicated a fraud by Homeland Security Offices to Plaintiff only drive the Plaintiff more for the truths and facts, by 2022 the Plaintiff shows forth burden of proof in Delaware County Records to 4 Indictments from 2012-2015 of 11 years total, also false detainments of probation violation by Delaware County Probation Dept. Officer Ed Werling in 2012, and a leaving to Probation Office in 2015, to no avail of release of Plaintiff took place on scheduled release date in May 2015. And Phone records, allegedly, Extortion, Coercions by grave threat by county findings to Detective Steve Smith of Sunbury findings, sending me back to Delaware County Sheriffs Dept. to a Detective Savage his admittance to a search on his computer of 4 generated

Indictments to 11 years of violations (Exhibit G, H, I). (Exhibit J) showing a release for good cause to Plaintiff. The Detective ensures a bribery schemes with a Jeffrey a black man officer to Delaware County.

4.) The Delaware County Jail has an encounter with the Plaintiff of an Illegal Detainer to arrest (Exhibit K), due to a non-signing of a document to child support, an alleged set up by Homeland Security Offices and Delaware County Child Support actions to court ordered document. The third day Chad Bibler death due to a non-detoxify method to protocol by Delaware County Jail negligence. The Plaintiff was on video and audio through the Jails systems to surveillance, watched by recoggnance jets and drones outside the Jail desperately trying to get something through surveillance as too Plaintiff's whereabouts, a statement shows forth a Key eyewitness too Bibler death, and alleged Capitol Murder claims.

5.) The Plaintiff comes forward to a Tax Accountant Robert Wolfe in 2023 (Exhibit L, M, N, O) to credits needed to filing for Social Security Administration frauds and clear set up became about too the Tax Accountants fraudulent Impropriety's produced documents instrumented by the Franklin County Sheriff's Dept. Officers delivering the goods, 4 years to calculated financials to show repairs to Plaintiff's lacks in credit due to a lengthy personal injury case, in Nov. 2017 from an alleged designee hit by hit for hire details as too form organizational design exhibit A Personal Injury Attorney Cowan & Hilgamon (Exhibit P)to alleged corporate organization financial gains through Judicial rulings like in the Second Appellate Court Dayton case no. cv 2024 – 031 (Exhibit Q) and Champaign County Courts case no. 2022cv 00113 (Exhibit R) to cases a Candace Blakely citizen used to form by communicated recoggnance jets to cell phone contact from as a cash basis theft, a Money Laundering scheme a like The federal False Claims Act, and Organizational to Allegedly the Ohio Structural Settlement Law was abused by the Courts an portrayed as a payment to attorneys and government agency found by an Audit to the County's Involved. Proven by Court and Attorney signed documented design to thefts from Tomlinson Personal case frauded by the Courts of Champaign County and the Second Appellate Court by family members greed to promises by Homeland Security Offices of Franklin County to Tomlinson sister communication to thefts of documents, mailings taken place consistently even underage nieces were abused by sisters incompetence to greed posturing her needs, and emboldening from Homeland Security Offices communicative demonstrative actions against Tomlinson filings to preserve a confidential interest by a Courts Judicial Systems only to be abused to a mere definitive of payment, with substantial Injuries shown forth by Medical Professionals and Medical Organizations like The Ohio State University Wexner (Exhibit S) Center by Burden of Proofs of a NO bill to alleged productions to injuries by the Hit by Hire design of Homeland Security Investigations.

6.) The Plaintiff findings for another witnessed event takes place in Etna, Ohio (Exhibit T). A famous bus crash to utmost proportions of sacrifice, 6 dead, 3 adults, 3 children one under 18 years of age. The Plaintiff states to NTSB, Ohio State Highway Patrol to eye witnessed distractions by a drone flying over the freeway too interact closer to Plaintiff's Bribery Scheme, like in a working mode beginning at daylight with the light on brightly about a hundred feet off the ground angling over both freeways (Exhibit T) , to get a better view of Tomlinson position in front of building to rest area. The Gives a slow motion to views of the vehicles passing by to name manufacturer, model, and color as to confirm a payoff a bribe. Tomlinson was told it would take 6 months but finished in 5 months, to no avail Tomlinson took no moneys or assets but wanted to find out a completions methods to show a how a Bribery Schemes were worked and complete instructions came from mother of Tomlinson, because Plaintiff was told nothing to details as he lived in a car for a year driving to and from rest area to rest area, to home visits as sister was told to remove Tomlinson, by evictions at the home at 468 Denwood dr. north.

7.) A third bribery takes place, but with a twist first it was to discredit the victims to Illegal Bribery to coverup murders and attempted murders to the family members, as too a defense to bring to court of law in case the family files but then turns right into a bribery once again…. Due to a nonpayment, the Black African American Commission to Central Ohio doesn't get paid unless the Victims get paid, as witnessed in the month of November to the Gahanna Public Library on video through the systems just like last year in the summer including this day of Printing the Document prescribed by Plaintiff shows enforcement of workers to the Commission by Video Evidence to the Gahanna Public Library request by the Honorary Judge to the Main Office in Columbus, Ohio address is Columbus Metropolitan Library's main branch is located at 96 S. Grant Ave., Columbus, OH 43215 ask for the Security Dept. The phone number **is** (614) 645-2275 as this is conclusive physical or forensic evidence to surveillance records**.** Again, the event is just a continuation of to the previous but handled differently staying in the home at 468 denwood dr. north. The Plaintiff works the Bribery again as an Illegal way of payment to cover up the murders. Compiling evidence, the best possible way is due to too much technology motivating individuals capable of wiping and tampering documents. Not only finding the search engines being manipulated to duping the Plaintiff falsely only to enforce payment.

8.) In the day of July 20, 2021, the death of brother (Exhibit U) of Plaintiff takes place with claims of witness by Plaintiff to an omission by brother that we (the family) were going to allot more of him like trouble was happening to the family of the brother. A pancreatic cancer was diagnosed too brother as to cause of death. The prognosis is allegedly indisposed by false allegations to cancers beginning in the medical field slowly coming out with the facts of evidence. Having the same D.N.A. as Plaintiff and No cancer findings an Investigation is necessary into brother death. As too all alleged Capitol Murders taken place needs immediate professional attentions to Investigations as Plaintiff has driven the last 3 ½ years to reporting,

too all local agencies in the State of Ohio, the Federal Agencies of the United States, through phone calls, Websites, even attorneys with no avail and Public Library Servers changed to serve Homeland Security Investigations needs also frauds of computer tampering (Exhibit V). The Agency's listed to this case were aware fully to Plaintiff's Key eye witnessed timeline of events, most expected the Plaintiff just to take the bribe and did nothing for witness, even the highest Policing Agency in Ohio showed a non-response to an Administrative Review Processes to internal Investigations. These Atrocities of Police oriented protections to the Public brings new light to Plaintiff's key witnessed events, the combined efforts to corruption, bring forth Organized Crime, cybercrimes, the office also investigates cases involving fraud, aspect, as too The Attorney Generals Offices website claims primarily through its Bureau of Criminal Investigation (BCI), investigates crimes that are of statewide or intercounty concern, often when requested by local law enforcement agencies or prosecutors. The FBI office also investigates cases federal crimes, including terrorism, public corruption, cybercrime, and organized crime, to protect the U.S. from threats both domestic and international. Its responsibilities also include protecting civil rights, combating white-collar crime and violent crime, and handling national security matters.  The FBI even Investigates Domestic Terrorisms but too reporting's in Ohio the Plaintiff was hung up on, put on repeating to reporting and ignored to 4 or more phone calls had taken place, even as too recently occurrences taking place.

9.) The criminalities stated above show a violation of Illegal Surveillance enhanced effects to the Plaintiff like telecommunications fraud, wire fraud, is the statute that makes it a federal crime to unlawfully access stored electronic communications like email or voicemail, but it specifically addresses stored data, not the live interception of communications which is covered under a different statute. It prohibits intentionally gaining unauthorized access to or exceeding authorization to access a facility that holds stored electronic communications, such as a server. Violations can lead to criminal penalties and civil actions. In this case of Clerk of Courts Court View Records (Exhibit W), the deletion of the record shows forth all websites pertaining to the Plaintiff.

10.) The Technology in Devices involved to facts and findings to Illegal Surveillance the requirements to demonstrating a clear and documented chain of custody, these phone numbers corroborate communications like phone calls, texts, and emails to Homeland Security offices, Black African American Commissions employees are as follows:

Jerry W. Tomlinson jr. Android Cell Phone # 614-296-0268.
Lori A. Tomlinson Android Cell Phone # 614-704-2210.
Annabelle Tomlinson Android Cell Phone # 614-577-9477.
Lailah R. Tomlinson I phone # 614-378-6569.
Issabella L. Tomlinson I phone # 614-747-7378.

Emails involved too criminality Bribery, Illegal Interceptions without warrant:

Jerry W. Tomlinson jr. - tom.jt.law@gmail.com, tomjt.tom.67@gmail.com, jerrywtomspecforc25@gmail.com
Lori A. Tomlinson - Ltomlinson9380@gmail.com.
Issabella L. Tomlinson - 28tomlinsonif@gjps.org.

Apps. Involved too, Bribery Schemes and Illegal Surveillance, look under favorites for all Sold Real estates, relating to paid cash assets:

Google.com Search Engines:

| | | |
|---|---|---|
| www.Realtor.com | user name: JThome67() | email: tomjt.tom.67@gmail.com, |
| www.Homes.com | user name: JThome67-- | email: tom.jt.law@gmail.com, |
| www.land.com | user name: JThome67() | email: tomjt.tom.67@gmail.com |
| www.Redfin.com | user name: JThome67() | email: tom.jt.law@gmail.com |

Duckduckgo.com Search Engines:

| | | |
|---|---|---|
| www.Realtor.com | user name: JThome1967() | email: jerrywtomspecforc25@gmail.com |
| www.Redfin.com | user name: JThome1967() | email: jerrywtomspecforc25@gmail.com |

The wiping of Jerry W. Tomlinson jr. court documents to Court View Records to case information website :

https://court.co.delaware.oh.us/eservices/searchresults.page

https://eservices.co.union.oh.us/eservices/search.page.14?x=*NsbwXtlqZIi3DNFZ9h1gQ

https://fcdcfcjs.co.franklin.oh.us/CaseInformationOnline/acceptDisclaimer?18hoflakirppbc

11.) In Closure, the criminalities stated above show a violation of Illegal Surveillance enhanced effects to the Plaintiff like telecommunications fraud, wire fraud, is the statute that makes it a federal crime to unlawfully access stored electronic communications like email or voicemail, but it specifically addresses stored data, not the live interception of communications which is covered under a different statute. It prohibits intentionally gaining unauthorized access to or exceeding authorization to access a facility that holds stored electronic communications, such as a server. Violations can lead to criminal penalties and civil actions as Plaintiff shows today to the Honorable Court. These Atrocities of Police oriented protections to the Public brings new light

to Plaintiff's key witnessed events, the combined efforts to corruption, bring forth Organized Crime, cybercrimes, the office also investigates cases involving fraud, aspect, as too The Attorney Generals Offices website claims primarily through its Bureau of Criminal Investigation (BCI), investigates crimes that are of statewide or intercounty concern, often when requested by local law enforcement agencies or prosecutors. The FBI office also investigates cases federal crimes, including terrorism, public corruption, cybercrime, and organized crime, to protect the U.S. from threats both domestic and international. Its responsibilities also include protecting civil rights, combating white-collar crime and violent crime, and handling national security matters.  The FBI even Investigates Domestic Terrorisms but too reporting's in Ohio the Plaintiff was hung up on, put on repeating to reporting and ignored to 4 or more phone calls had taken place, even as too recently occurrences taking place.

OHIO JURAT – O.R.C. 147.61

STATE OF OHIO, COUNTY OF ___Franklin___

Swears to or affirmed and subscribed before me by

_Jennifer Tomlinson_ & _Jerry Tomlinson_

Name of person making Jurat

This date of __1/20/2025__

_[signature]_

Signature of Notary Public Administering Jurat

__Notary__

Title or Rank

__March 6, 2027__

Commission Expiration Date

DANIEL SCHWOEGL
Notary Public
State of Ohio
My Comm. Expires
March 6, 2027

Affix Seal Here

Optional

Completing the Information can deter – alteration of the document or fraudulent reattachment of this form to an unbonded document

Description of Attached Document __Delaware County Divorce__  Exhibit A

Title or Type of Document __Illegal Surveillance__  number of pages __1__

Signature other than named above

C2019 Nation Notary Association