**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**JERRY W. TOMLINSON, JR.,**

        **Plaintiff,**        :

    **v.**                        **Case No. 2:25-cv-1377**
                                    **Chief Judge Sarah D. Morrison**
                                    **Magistrate Judge Kimberly A.**
**HOMELAND SECURITY**            **Jolson**
**INVESTIGATIONS,** *et al.*,        :

        **Defendants.**

**<u>ORDER</u>**

On February 18, 2026, the Magistrate Judge issued a Report and Recommendation recommending that Mr. Tomlinson's Complaint be dismissed for failure to prosecute. (ECF No. 4.) Although the parties were advised of the right to file objections to the Magistrate Judge's Report and Recommendation, and of the consequences of failing to do so, no objections have been filed. The Report and Recommendation is **ADOPTED** and **AFFIRMED**. For the reasons set forth therein, the Complaint (ECF No. 1) is **DISMISSED**.

        **IT IS SO ORDERED.**

                                  /s/ Sarah D. Morrison
                                  **SARAH D. MORRISON, CHIEF JUDGE**
                                  **UNITED STATES DISTRICT COURT**